IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSEPH MARK PARSONS MENKE, <br><br> Defendant. | CR 21–04–BU–DLC <br><br><br> ORDER |

Before the Court is the United States' Unopposed Motion to Dismiss Indictment Without Prejudice. (Doc. 13.) Defendant Joseph Mark Parsons Menke is deceased. (Doc. 14 at 2.) Consequently, the Court declines to dismiss the matter without prejudice and will instead dismiss it with prejudice.

Accordingly, IT IS ORDERED that the motion (Doc. 13) is GRANTED to the extent it seeks dismissal of the Indictment and DENIED to the extent it seeks such dismissal to be without prejudice.

IT IS FURTHER ORDERED that the Indictment (Doc. 1) is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Pretrial Conference in this matter currently scheduled for March 24, 2021 at 10:15 A.M. is VACATED.

DATED this 23rd day of March, 2021.

_____
Dana L. Christensen, District Judge
United States District Court